## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| USCOC OF GREATER MISSOURI, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-582-WDS |
| CITY OF BELLEVILLE, ILLINOIS, | ) ) ) |
| Defendant. | ) ) |

## O R D E R

Plaintiff USCOC of Greater Missouri, LLC and Defendant City of Belleville, Missouri request an extension of time to file responses to the parties' Motions for Summary Judgment.

It is hereby ordered that the Joint Motion for Extension of Time is **GRANTED** and the deadline for filing responses to the parties' Motions for Summary Judgment is extended until January 30, 2009.

DATED: December 29, 2008

                                            s/*WILLIAM D. STIEHL*
                                              District Judge